BEFORE HONORABLE ERIC N. VITALIANO
UNITED STATES DISTRICT JUDGE

DATE 7/2/2019

CRIMINAL CAUSE FOR PLEADING

DOCKET # 18cr51(ENV)-1

Defendant                                    COUNSEL

Inna Chebanenko                              Gal Pissetzky


AUSA: Jonathan Siegel

Interpreter: N/A

COURT REPORTER: David Roy

Pretrial Services Officer: n/a


X       CASE CALLED FOR PLEADING

X       DEFT SWORN

X       DEFENDANT ENTERS A PLEA OF GUILTY TO COUNT 1 of the superseding indictment

X       COURT FINDS THAT THE PLEA WAS MADE KNOWINGLY &
        VOLUNTARILY AND NOT COERCED. COURT FINDS FACTUAL
        BASIS FOR THE PLEA & ACCEPTS PLEA OF GUILTY TO COUNT 1 of the superseding
        indictment

   .


COURTROOM DEPUTY: William Villanueva

Time in Court: 40 Minutes