# PISSETZKY LAW LLC.

ATTORNEYS AT LAW
THE JEWELER'S BUILDING
35 East Wacker Dr., Suite 1980
CHICAGO, ILLINOIS 60601
PHONE: (312)883-9466
FAX: (773)747-3862

GAL PISSETZKY
SALLY PISSETZKY                                                                                    ADAM BOLOTIN

June 29, 2021

By EFC

The Honorable Eric N. Vitaliano
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    United States v. Inna Chebanenko
              Criminal Docket No. 18-51 (S-1) (ENV)

Dear Judge Vitaliano:

Ms. Chebanenko respectfully submits that she is withdrawing her objection to the Sophisticated Means enhancement, and she agreed with the probation's guidelines calculations.

               Respectfully submitted,

               /s/ Gal Pissetzky
               Gal Pissetzky
               Attorney for Mrs. Chebanenko
               35 E. Wacker Dr., Suite 1980
               Chicago, IL 60601
               (312)-883-9466
               gal@pissetzky.com

cc:    Clerk of the Court (ENV) (by ECF)
       Jonathan Siegel (by EFC and Email)
       Alyssa Lopez, US Probation Officer (by Email)